

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00512-CR

Robert Lee **CRIDER**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17583
Honorable Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: September 25, 2019

DISMISSED FOR LACK OF JURISDICTION

Based on the clerk's record filed in this appeal, it appears that appellant is seeking to appeal the trial court's dismissal of the charges filed against him. An order dismissing charges is not an order appealable by a defendant. *See Guerrero v. State*, No. 04-11-00378-CR, 2011 WL 3329063, at \*1 (Tex. App.—San Antonio Aug. 3, 2011, no pet.) (per curiam) (mem. op., not designated for publication); *Bohannan v. State*, 352 S.W.3d 47, 48 (Tex. App.—Fort Worth 2011, pet. ref'd). On August 27, 2019, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond to the order. Because an order

dismissing charges is not an order appealable by a defendant, this appeal is dismissed for lack of jurisdiction. *See Bohannan*, 352 S.W.3d at 48.

PER CURIAM

DO NOT PUBLISH